1  NIALL E. LYNCH (State Bar No. 157959)
   NATHANAEL M. COUSINS (State Bar No. 177944)
2  MAY Y. LEE (State Bar No. 209366)
   BRIGID S. BIERMANN (State Bar No. 231705)
3  CHARLES P. REICHMANN (State Bar No. 206699)
   Antitrust Division
4  U.S. Department of Justice
   450 Golden Gate Avenue
5  Box 36046, Room 10-0101
   San Francisco, CA  94102
6  Telephone:  (415) 436-6660

7  Attorneys for the United States

8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA          )    Case No.   CR  06-180
                                      )
14                                    )    [PROPOSED]
                v.                    )    ORDER FOR EXPEDITED
15                                    )    SENTENCING UNDER L.R. 32-1(b)
                                      )
16                                    )
                                      )
    SUN WOO LEE, YEONGHO KANG, and    )
17  YOUNG WOO LEE,                    )
                                      )
18              Defendants.           )
    ──────────────────────────────────)

19

20        Based on the stipulation of the parties, and for good cause shown,

21  IT IS ORDERED that the Court will sentence defendant Young Woo Lee on an expedited basis

22  pursuant to Crim. L.R. 32-1(b), on August 30, 2006, without need for a presentence report.

23

    Date: August _28_ 2006
24

25

26  Phyllis J. Hamilton
    United States _____ Judge
27

28

IT IS SO ORDERED

Judge Phyllis J. Hamilton